OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001401682

$ 000.27⁵

JUL. 22. 2015

7/17/2015
LANDRY, CLIFTON JERRY AKA FRANCIS, CLIFTON JERRY
Tr. Ct. No. 1408790-A                                    WR-8,531-27
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FROM CUSTODY OF
HARRIS COUNTY SHERIFF'S OFFICE

CLIFTON JERRY LANDRY
HARRIS COUNTY JAIL - SPN # 00133777
1200 BAKER ST.
HOUSTON, TX 77002

N3B 77002